IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01680-DME-MEH

CORUM REAL ESTATE GROUP, INC., and
1800 MARKET INVESTORS, LLC,

      Plaintiffs,

v.

BLACKROCK REALTY ADVISORS, INC., and
1800 MARKET TOWER, LLC,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2009.**

      Plaintiffs' Unopposed Motion for Leave to File Surreply to Address New Argument Raised in Defendant's Reply in Support of Motion to Dismiss [filed September 3, 2009; docket #15] is **granted**.  The Plaintiffs' Surreply, found at docket #15-2, will be considered together with the Response and Reply in adjudicating the pending Motion to Dismiss.