IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01680-DME-MEH

CORUM REAL ESTATE GROUP, INC.
AND 1800 MARKET INVESTORS, LLC,

        Plaintiffs,

v.

BLACKROCK REALTY ADVISORS, INC.
AND 1800 MARKET TOWER LLC,

        Defendants

Consolidated With

Civil Action No. 09-CV-02804-DME-BNB

1800 MARKET TOWER LLC,

        Plaintiff,

v.

V. MICHAEL KOMPPA,

        Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE**

---

This Court, having reviewed Plaintiffs Corum Real Estate Group, Inc. and 1800 Market

Investors, LLC's Unopposed Motion to Consolidate, and being fully informed, hereby finds that

the relief requested by Plaintiffs is just and proper.

Accordingly, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure

42(a) and D.C.COLO.LCivR 42.1, this action and *1800 Market Tower LLC v. V. Michael*

*Komppa*, Civil Action No. 09-CV-02804-DME-BNB, are consolidated for all purposes and will proceed under the above caption.

Additionally, in light of this consolidation, it is FURTHER ORDERED that the Order of Reference to Magistrate Judge Boland in Civil Action No. 09-CV-02804-DME-BNB is hereby vacated and matter 09-CV-02804-DME-BNB is now hereby referred to Magistrate Judge Hegarty who is the first assigned Magistrate Judge in these now consolidated cases, under the same orders in the referral order issued in 09-CV-01680-DME- MEH to Magistrate Judge Hegarty.

Done this 28th day of January, 2010.


BY THE COURT:


*s/ David M. Ebel*
David M. Ebel
United States District Court Judge