IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01680-DME-MEH

CORUM REAL ESTATE GROUP, INC., and
1800 MARKET INVESTORS, LLC,

    Plaintiffs,

v.

BLACKROCK REALTY ADVISORS, INC., and
1800 MARKET TOWER, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2010.**

    In light of the March 31, 2010 order terminating the Motion to Dismiss filed July 22, 2009 as moot, Defendants' Motion for Temporary Stay of Discovery [filed November 25, 2009; docket #23], which seeks a stay based on the terminated Motion to Dismiss, is **denied as moot**.