IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01680-DME-MEH

CORUM REAL ESTATE GROUP, INC., and
1800 MARKET INVESTORS, LLC,

      Plaintiffs,

v.

BLACKROCK REALTY ADVISORS, INC., and
1800 MARKET TOWER, LLC,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2010.**

      The Joint Motion to Vacate Settlement Conference Scheduled for July 26, 2010 [filed July 23, 2010; docket #63] is **granted**. The Settlement Conference set for July 26, 2010, is hereby **vacated**. In light of the parties' representation that this matter has settled, the parties shall file dismissal papers on or before **August 9, 2010**.