IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01680-DME- MEH

CORUM REAL ESTATE GROUP, INC.
AND 1800 MARKET INVESTORS, LLC,

    Plaintiffs,

v.

BLACKROCK REALTY ADVISORS, INC.
AND 1800 MARKET TOWER LLC,

    Defendants.

               Consolidated with

Civil Action No. 09-cv-02804-DME-MEH

1800 MARKET TOWER LLC,

    Plaintiff,

v.

V. MICHAEL KOMPPA,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #74). The Court has considered the stipulation and believes itself fully advised.

IT IS ORDERED THAT this civil action is dismissed with prejudice. Each party shall pay its own costs and attorneys' fees.

Dated: September 20, 2010

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE